INTERNATIONAL TEXT BOOK COMPANY *v.* FIEL.

FISH, C. J. A notice that the defendant in the case "has applied for and there has been issued a writ of certiorari in said cause, which is returnable," etc., is not a sufficient compliance with the requirement of the Civil Code, §4644, that notice shall be given of the sanction of the writ of certiorari. *Ayer* v. *Kirkland,* 65 *Ga.* 303; *Bryans* v. *Mabry,* 72 *Ga.* 208; *Bunn* v. *Henderson,* 113 *Ga.* 609.

         *Judgment affirmed. All the Justices concur.*

Submitted March 3,—Decided May 16, 1906.

Certiorari. Before Judge Pendleton. Fulton superior court. June 19, 1905.

*George B. Rush* and *Mayson & Hill,* for plaintiff in error. ·

*Edgar Latham,* contra.